UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Raymond Slavitsky

Case No.: 15-23189

Chapter: 13

Judge: CMG

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Paul Young

This will confirm that on October 13, 2016 the following document(s) was filed by you.

☒ Amendment to Schedule(s) I & J ,

☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: October 13, 2016                James J. Waldron, Clerk

rev.9/13/16

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 15-23189-CMG
Raymond Slavitsky                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin         Page 1 of 1           Date Rcvd: Oct 13, 2016
                            Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2016.
db            +Raymond Slavitsky,    20 13th Street,    Burlington, NJ 08016-3573

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2016 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC
       bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Paul H. Young    on behalf of Debtor Raymond   Slavitsky ykassoc@gmail.com,
       lesliebrown.paralegal@gmail.com
                                                                                                                  TOTAL: 5