Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−23189−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond Slavitsky
   20 13th Street
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−1469

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 5, 2016.

On October 13, 2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           November 16, 2016
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 14, 2016
JJW: wdr

                                                        James J. Waldron
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-23189-CMG
Raymond Slavitsky                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 14, 2016
                              Form ID: 185             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.
db              +Raymond Slavitsky,   20 13th Street,   Burlington, NJ 08016-3573
515680352       +Carrie Brown, Esquire,   Portfolio Recovery Assoc LLC,   120 Corporate BLVD,
                 Norfolk, VA 23502-4952
515680353       +Dvra Billing,   Attention: Bankruptcy Department,   Po Box 2549,   Carlsbad, CA 92018-2549
515767815       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,   P.O. Box 619096,   Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 14 2016 23:04:36     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 14 2016 23:04:32     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515762142       +E-mail/Text: ebn@squaretwofinancial.com Oct 14 2016 23:05:03     CACH, LLC,
                 4340 S. Monaco Street,   2nd Floor,   Denver CO 80237-3485
515823172        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 14 2016 23:14:27
                 Portfolio Recovery Associates, LLC,   c/o Citibank, N.a.,   POB 41067,   Norfolk VA 23541
515823132        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 14 2016 23:03:13
                 Portfolio Recovery Associates, LLC,   c/o MBNA,   POB 41067,   Norfolk VA 23541
                                                                                             TOTAL: 5

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515621571*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   Attn: Bankruptcy,   350 Highland Dr,
                 Lewisville, TX 75067)
lm              ##+Nationstar Mortage LLC,   Att: CEO/Agent,   350 Highland Drive,   Lewisville, TX 75067-4177
                                                                                  TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul H. Young    on behalf of Debtor Raymond  Slavitsky ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com
                                                                                             TOTAL: 5