Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                              Case No.:  15−23189−CMG
                              Chapter:  13
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond Slavitsky
   20 13th Street
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−1469

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on N/A.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 16, 2017
JAN: bwj

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-23189-CMG
Raymond Slavitsky                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1              Date Rcvd: Aug 16, 2017
                              Form ID: 148               Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.
```
db            +Raymond Slavitsky,   20 13th Street,   Burlington, NJ 08016-3573
515762142      CACH, LLC,   PO Box 10587,   Greenville, SC 29603-0587
515680352     +Carrie Brown, Esquire,   Portfolio Recovery Assoc LLC,   120 Corporate BLVD,
                Norfolk, VA 23502-4952
515680353     +Dvra Billing,   Attention: Bankruptcy Department,   Po Box 2549,   Carlsbad, CA 92018-2549
515767815    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   P.O. Box 619096,   Dallas, TX 75261-9741)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2017 22:02:10     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2017 22:02:10     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515823172      EDI: PRA.COM Aug 16 2017 22:03:00     Portfolio Recovery Associates, LLC,   c/o Citibank, N.a.,
                POB 41067,   Norfolk VA 23541
515823132      EDI: PRA.COM Aug 16 2017 22:03:00     Portfolio Recovery Associates, LLC,   c/o MBNA,
                POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515621571*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   Attn: Bankruptcy,   350 Highland Dr,
                Lewisville, TX 75067)
lm           ##+Nationstar Mortage LLC,   Att: CEO/Agent,   350 Highland Drive,   Lewisville, TX 75067-4177
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
```
              Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo   docs@russotrustee.com
              Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman   on behalf of Creditor   NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul H. Young   on behalf of Debtor Raymond Slavitsky ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com
                                                                                              TOTAL: 5
```