UNITED STATES BANKRUPTCY COURT
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on August 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Raymond Slavitsky

Debtor(s)

CHAPTER 13 CASE NO. 15-23189 / CMG

Hearing Date:  August 16, 2017   9:00 am

Honorable Christine M. Gravelle

### ORDER REGARDING CHAPTER 13 STANDING
### TRUSTEE'S MOTION TO DISMISS OR
### CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on Motion/Application of Albert Russo, Standing Chapter 13 Trustee, for an Order Dismissing the Debtor's case and to disburse funds on hand, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:
Raymond Slavitsky
    Debtor

Case No. 15-23189-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 16, 2017
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.
db            +Raymond Slavitsky,    20 13th Street,    Burlington, NJ 08016-3573

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC
          bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Paul H. Young    on behalf of Debtor Raymond   Slavitsky ykassoc@gmail.com,
          lesliebrown.paralegal@gmail.com
                                                                                                                                  TOTAL: 5